# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

UNITED STATES OF AMERICA

v.

CATALIN DRAGOMIR,

Defendant.

3:24-cr-00204-SI

FINAL ORDER OF FORFEITURE
Fed. R. Crim. P. 32.2(c)(2)

On February 19, 2026, this Court entered a Preliminary Order of Forfeiture, ordering

defendant Catalin Dragomir to forfeit all right, title, and interest in the following assets:

Approximately 22.87987734 Monero (XMR); and

Approximately 0.00075957 Bitcoin (BTC).

Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the above-

described forfeited property are entitled to a judicial determination of the validity of the legal

claims or interests they assert.

Notice of this criminal forfeiture was published on the official government internet site

(www.forfeiture.gov) for 30 consecutive days. It stated the intent of the United States to dispose

of the property in accordance with the law and notified all third parties of their right to petition

**Final Order of Forfeiture** **Page 1**

the Court within sixty (60) days for a hearing to adjudicate the validity of their alleged legal interest in the property (ECF 31).

No timely petitions have been filed with this Court and the time for filing has expired.

The Court finds that defendant had an interest in the above-described property that is subject to forfeiture pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1030(i).

IT IS HEREBY ORDERED AND ADJUDGED that pursuant 18 U.S.C. §§ 982(a)(2)(B) and 1030(i), all right, title, and interest to:

Approximately 22.87987734 Monero (XMR), and

Approximately .00075957 Bitcoin (BTC),

is hereby forfeited and vested in the United States of America, free and clear of the claims of any person, including defendant Catalin Dragomir. The United States Government is directed to dispose of the property in accordance with the law.

The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

IT IS SO ORDERED this ___26th___ day of May 2026.

HONORABLE MICHAEL H. SIMON
United States District Judge

Presented by:

SCOTT E. BRADFORD, OSB #062824
United States Attorney

KATHERINE A. RYKKEN, CSB #267196
Assistant United States Attorney

**Final Order of Forfeiture**                                                                 **Page 2**